# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## CIVIL JUDGMENT
## FOR ATTORNEY FEES

**Oswego Laborers' Local 214 Pension &**
**Annuity Funds,** by Earl N. Hall N. Hall and
William F. Shannon, as Trustees,
**Central New York Laborers, Health and Welfare**
**and Training Funds**, by Janet M. Moro, as Fund Administrator,
**Construction and General Laborers' Local Union No. 633**,
by Gabriel M. Rosetti, as Business Manager.

       Plaintiffs,      **CASE NUMBER:**

   **vs.**            5:08-cv484   NAM/GHL

**Robert A. Valerino**,

       Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**, that plaintiff's are awarded costs and attorneys fees pursuant to FRCP Rule 54 in the amount of $3,739.63, against defendant, Robert A. Valerino, in connection with discovery disputes and enforcing this Court's Orders.

  **IT IS ORDERED AND ADJUDGED**, the $3,739.63, judgment shall bear interest at the rate set forth in 28 USC 1961(a), and that Plaintiffs have execution therefore.

  All of the above pursuant to the order of the Honorable Judge Lowe, dated the 28th day of October, 2009.

DATED: October 28, 2009

*Laurence K. Baerman*
Clerk of Court

s/
_____
Marie N. Marra, Deputy Clerk